Raymond P. Boucher, State Bar No. 115364
  *ray@boucher.la*
Shehnaz M. Bhujwala, State Bar No. 223484
  *bhujwala@boucher.la*
Neil M. Larsen, State Bar No. 276490
  *larsen@boucher.la*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

Sahag Majarian II, State Bar No. 146621
  *sahagii@aol.com*
LAW OFFICES OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, California 91356
Tel:   818-609-0807
Fax:   818-609-0892

*Attorneys for Plaintiff/Class Representative Andrea Moppin and Provisionally Certified Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANDREA MOPPIN, Individually, and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER (d/b/a "Los Robles Hospital and Medical Center"), a California Corporation; TRUSTAFF TRAVEL NURSES, LLC, an Ohio Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 5:15-CV-01551-JGB-DTB<br><br>CLASS ACTION<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   February 13, 2017<br>Time:   9:00 A.M.<br>Crtrm.: 1<br><br>*Assigned to the Hon. Jesus G. Bernal and Magistrate David T. Bristow for Discovery Matters*<br><br>Complaint Filed:   May 27, 2015<br>Case Removed:   July 31, 2015<br>Trial Date:   Vacated |

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD IN THIS CASE:

**PLEASE TAKE NOTICE THAT**, on February 13, 2017, at 9:00 A.M., in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, located at the George E. Brown, Jr. Federal Building United States Court House, 3470 12th St, Riverside, CA 92501, Plaintiff and Class Representative Andrea Moppin ("Plaintiff") will move the Court for entry of an order granting final approval of the proposed class action settlement with Defendant Trustaff Travel Nurses, LLC ("Trustaff"). Good cause exists for granting the Motion because the proposed class settlement is fair, reasonable, and adequate. Plaintiff specifically requests the following orders:

1.    Granting final approval of the proposed class action settlement, as set forth in the Joint Stipulation of Class Action Settlement ("Stipulation" or "Settlement"), a true and correct copy of which is attached to the Declaration of Raymond P. Boucher as Exhibit 2, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

2.    Granting final certification of the following class for settlement purposes pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

> All persons employed by Trustaff Travel Nurses, LLC as non-exempt, temporarily assigned employees who were provided assignments at facilities in the State of California from May 27, 2011 through September 12, 2016 ("Class");

3.    Granting final certification of the FLSA Subclass comprised of all Class members who opt-in to the subclass pursuant to 29 U.S.C. § 216(b) ("FLSA Subclass")(collectively, the "Class");

4.    Appointing Plaintiff as Class Representative for settlement purposes;

5.    Appointing the law firms of Boucher, LLP, and Law Offices of Sahag Majarian II as Class Counsel for settlement purposes; and

6.    Entering final judgment in the form of the proposed final approval

order filed herewith.

The Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declarations of Plaintiff Andrea Moppin, Raymond P. Boucher, Sahag Majarian II, Abel E. Morales of CPT Group, Inc., Sarah Drechsler on behalf of Trustaff Travel Nurses and Marcus J. Bradley on behalf of Plaintiff Munden, and the respective exhibits thereto, and such oral and documentary evidence as may be presented at the hearing on the Motion or otherwise ordered by the Court, as well as all other pleadings and papers filed with the Court to date.

This Motion is unopposed by Defendant Trustaff Travel Nurses, LLC ("Trustaff"). Plaintiff's counsel substantially complied with Central District of California Local Rule 7-3 by communicating with counsel for Trustaff regarding the filing of the instant Motion and its contents on numerous occasions prior to its filing and providing the brief for review prior to filing.

DATED:  January 17, 2017           Respectfully submitted,

                                   BOUCHER LLP

                                   By: _____/s/ Raymond P. Boucher_____
                                        RAYMOND P. BOUCHER
                                        SHEHNAZ M. BHUJWALA
                                   LAW OFFICES OF SAHAG MAJARIAN II
                                        SAHAG MAJARIAN II

                                   *Attorneys for Plaintiff and the Class*

NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903